**CANDACE C. DAVENPORT, SBN# 65586**
Attorney at Law
1703 Fifth Ave.  Ste. 204
San Rafael, California 94901
(415) 456-3606
candace_c_davenport@yahoo.com

Attorney for Plaintiff
KIRK ROLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIRK ROLAND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security Administration<br><br>　　　　Defendant.<br>_____ | C-05-02147 SI<br><br>STIPULATION AND ORDER<br>EXTENDING TIME TO FILE<br>PLAINTIFF'S SUMMARY<br>JUDGMENT MOTION |

　　　　IT IS HEREBY STIPULATED by and between the undersigned parties, subject to the approval of the Court, that plaintiff, KIRK ROLAND, may have an extension of 60 days from the date of this order, to file his Summary Judgment Motion.

Dated:  2/28/06　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　　CANDACE C. DAVENPORT
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　KEVIN V. RYAN
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


Dated:  3/3/06　　　　　　　　　　　By:_____/S/_____
　　　　　　　　　　　　　　　　　　　　　　　SARA WINSLOW
　　　　　　　　　　　　　　　　　　　　　　　Assistant US Attorney


APPROVED AND SO ORDERED:

Dated:　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge