**CANDACE C. DAVENPORT, SBN# 65586**
Attorney at Law
1703 Fifth Ave.  Ste. 204
San Rafael, California 94901
(415) 456-3606
candace_c_davenport@yahoo.com

Attorney for Plaintiff
KIRK ROLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIRK ROLAND, <br><br> Plaintiff, <br><br> vs. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social <br> Security Administration <br><br> Defendant. | C-05-02147 SI <br><br> STIPULATION AND ORDER <br> EXTENDING TIME TO FILE <br> PLAINTIFF'S SUMMARY <br> JUDGMENT MOTION |

IT IS HEREBY STIPULATED by and between the undersigned parties, subject to the approval of the Court, that plaintiff, KIRK ROLAND, may have an extension of 30 days from the date of this order, to file his Summary Judgment Motion.  This is plaintiff's second request and the defendant has no objection.

Dated: 5/31/06                              _____/S/_____
                                            CANDACE C. DAVENPORT
                                            Attorney for Plaintiff


Dated: 5/31/06                      By:_____/S/_____
                                            SARA WINSLOW
                                            Assistant US Attorney

APPROVED AND SO ORDERED:

Dated:                                      _____/s/ Susan Illston_____
                                            SUSAN ILLSTON
                                            United States District Judge