KEVIN V. RYAN, SBN 118321
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KIRK ROLAND, <br><br> Plaintiff, <br><br> v. <br><br> JO ANNE B. BARNHART, <br> Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 05-02147 SI <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1] Defendant's response was due on August 16, 2006, pursuant to Civil L.R.16-5. Defendant's response is now due on September 15, 2006.

///
///
///
///
///
///

---

[1] See attached Declaration of John Cusker.

This is defendant's first request.

Dated: August 2, 2006    /s/
CANDACE C. DAVENPORT
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: August 4, 2006    By:    /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

*Susan Illston* (signature)

Dated: _____
SUSAN ILLSTON
United States District Judge

ROLAND, EXT.MXSJ (jcc)
C 05-02147 SI                    2

```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Chief, Civil Division
 3  SARA WINSLOW, DCBN 457643
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone:  (415) 436-7260
 6     Facsimile:   (415) 436-7169
 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KIRK ROLAND, | ) | CIVIL NO. 05-02147 SI |
|---|---|---|
| Plaintiff, | ) ) ) | DECLARATION OF IN SUPPORT OF DEFENDANT'S REQUEST FOR EXTENSION OF TIME |
| v. | ) | |
| JO ANNE B. BARNHART, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

I, JOHN CUSKER, declare and state as follows:

1. I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

2. Plaintiff filed his Motion for Summary Judgment on July 15, 2006.

3. An extension of time for filing Defendant's response to Plaintiff's motion for summary judgment is necessary to allow counsel for Defendant time to review the case, and because he has a scheduling conflict. For this reason, we now request a thirty day extension of time to prepare Defendant's responsive brief.

///

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.
3
4  Executed in San Francisco, California on August 2, 2006.
5
6                              By          /s/
7                                   JOHN CUSKER
                                    Assistant Regional Counsel
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26                              2
27
28