1    SCOTT N. SCHOOLS, Bar No. SC 9990
   United States Attorney
2    LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX,
3    Social Security Administration
   JOHN C. CUSKER, SBN 148227
4    Special Assistant United States Attorney

5      333 Market Street, Suite 1500
     San Francisco, California 94105
6      Telephone:  (415) 977-8943
     Facsimile:  (415) 744-0134
7
   Attorneys for Defendant
8
             UNITED STATES DISTRICT COURT
9
           NORTHERN DISTRICT OF CALIFORNIA
10
              SAN FRANCISCO DIVISION
11

12    KIRK ROLAND,           )
                        )   CIVIL NO. C-05-2147-SI
13        Plaintiff,      )
                        )   STIPULATION AND ORDER AWARDING
14                         )   ATTORNEY FEES UNDER THE EQUAL
       v.             )   ACCESS TO JUSTICE ACT (28 U.S.C.
15                         )   § 2412(d)) AND COSTS (28 U.S.C. § 1920)
   MICHAEL J. ASTRUE[1],   )
16    Acting Commissioner of     )
   Social Security,        )
17                         )
       Defendant.     )
18    _____)

19
20        IT IS HEREBY STIPULATED by the parties, through their undersigned counsel, subject to the

21    approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act in

   the amount of FIVE THOUSAND DOLLARS AND NO CENTS (**$5,000.00**).  This amount represents
22
   compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this
23
   civil action for services performed before the district court in accordance with 28 U.S.C. § 2412(d).
24
       This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees
25
   and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in
26

27        [1]     On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security
   and should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as Defendant in this action.
28    42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees and costs incurred in this action under EAJA.

The settlement of Plaintiff's claim for EAJA attorney fees does not preclude Plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406(b) of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: June 14, 2007          /s/ Candace C. Davenport
                              *(As authorized by e-mail)*
                              CANDACE C. DAVENPORT
                              Attorney for Plaintiff

Dated: May 31, 2007           SCOTT N. SCHOOLS
                              United States Attorney
                              LUCILLE GONZALES MEIS
                              Regional Chief Counsel, Region IX
                              Social Security Administration


                              /s/ John C. Cusker
                              Special Assistant United States Attorney


IT IS SO ORDERED:


Dated: _____       _____
                              THE HONORABLE SUSAN ILLSTON
                              United States District Judge